| | |
|---|---|
| 1 | Michael J. Miller, VA Bar No. 19171 |
| | J. Christopher Ide, VA Bar No. 19307 |
| 2 | THE MILLER FIRM |
| | 105 North Alfred Street, |
| 3 | Alexandria, Virginia 22314 |
| | Telephone:  (703) 519-8080 |
| 4 | Facsimile:  (703) 519-8084 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CRAIG LEGGETT, | MDL NO. 1699 |
| Plaintiffs, | **District Judge:  Charles R. Breyer** |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF CRAIG LEGGETT** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | |
| Defendants. | Case No.  06-CV-5843-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Craig Leggett, from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

1

2   Dated: January 22, 2007                    Respectfully submitted,

3                                              THE MILLER FIRM

4                                              By: _____
5                                                  J. CHRISTOPHER IDE

6
                                               Michael J. Miller, VA Bar No. 19171
7                                              J. Christopher Ide , VA Bar No. 19307
                                               THE MILLER FIRM
8                                              105 North Alfred Street,
                                               Alexandria, Virginia 22314
9                                              Telephone: (703) 519-8080
                                               Facsimile: (703) 519-8084
10

11                                             Attorneys for Plaintiffs

12

13  Dated: 1/26/07                             Respectfully submitted,

14                                             GORDON & REES

15
16                                             By: _____
                                                   STUART M. GORDON
17

18                                             CA Bar No. 37477
                                               GORDON & REESE
19                                             275 Battery Street, Ste. 2000
                                               San Francisco, CA 94111
20                                             Telephone: (415) 986-5900
                                               Facsimile: (415) 262-3801
21
                                               Attorneys for Defendants
22

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

24
    Dated: January 31, 2007
25

26
                                               _____
27                                             Hon. Charles R. Breyer
                                               United States District

28

IT IS SO ORDERED
Judge Charles R. Breyer

- - 2 - -                                                           COMPLAINT